IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRADARION JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2896-K-BW |
| | § | |
| AARON ROBLEDO; TRENTON | § | |
| FISCHER, CITY OF TERRELL, | § | |
| TEXAS; and SOUTHWESTERN | § | |
| CHRISTIAN COLLEGE, | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, **GRANTS** Defendants City of Terrell's motion to dismiss (Dkt. No. 6) and Southwestern Christian College's motion to dismiss, (Dkt. No. 37) and **DENIES** Defendant Aarron Robledo's motion to dismiss (Dkt. No. 18) and Trenton Fischer's motions to dismiss (Dkt. No. 22).

To the extent Plaintiff can cure the deficiencies noted in the FCR with respect to his claims against Defendants City of Terrell and Southwestern Christian College,

he may file an amended complaint within 28 days of the date of this order.  Failure to

do so will result in the entry of partial judgment dismissing this action against those

defendants.

**SO ORDERED**.

Signed September 10ᵗʰ, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE